JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK ARTHUR MORTON, | Case No. CV 13-5697 GAF (SS) |
|         Petitioner, | |
|   v. | **JUDGMENT** |
| AMY MILLER, Warden, | |
|         Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  October 9, 2014

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE